UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUSTIN TRACY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:04-cv-00619-TAB-DFH |
| ) | |
| FINANCIAL INSURANCE ) | |
| MANAGEMENT CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF JUDGMENT**

The Court, having granted summary judgment in favor of Defendant Financial Insurance Management Corporation as to all claims brought by Plaintiff Justin Tracy, hereby enters judgment in favor of Defendant and against Justin Tracy.  This action is dismissed with prejudice.

So ordered.

Dated: 01/13/2006

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Andrew Froman
CLARK DEMAY FARA & FROMAN P.A.
afroman@sarasotafirm.com

Byron L. Myers
ICE MILLER
myers@icemiller.com

Ryan Mccabe Poor
ICE MILLER
poor@icemiller.com

Jill S. Weinstein
PEDERSEN & WEINSTEIN LLP
jweinstein@pwllp.com